IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ALLEN REESE, JR., | 1:13-cv-00023 AWI MJS (HC) |
| Petitioner, | ORDER DISREGARDING APPLICATION TO PROCEED IN FORMA PAUPERIS AS MOOT |
| v. | |
| BRAZELTON, Warden, | (Doc. 11) |
| Respondent. | |

Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. Section 2254.

On May 3, 2013, Petitioner filed an application to proceed in forma pauperis. Due to the fact that the Court granted Petitioner's previous application to proceed in forma pauperis in the present case on January 8, 2013, IT IS HEREBY ORDERED THAT Petitioner's application of May 3, 2013, is DISREGARDED AS MOOT.

IT IS SO ORDERED.

Dated: May 7, 2013         /s/ *Michael J. Seng*
                           UNITED STATES MAGISTRATE JUDGE